JOHN. H. STORY, Respondent, *v.* EDWARD RICHARDSON,
Appellant.

*Story* v. *Richardson*, 91 App. Div. 381, affirmed.
(Argued May 1, 1905; decided May 30, 1905.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the second judicial department, entered
March 12, 1904, affirming a judgment of the Queens County
Court in favor of plaintiff entered upon a verdict directed by
the court.

*Eugene V. Daly* for appellant.

*Howard A. Sperry* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT,
HAIGHT, VANN and WERNER, JJ.

---

CHARLES L. RATHBORNE, Appellant, *v.* EDWARD HATCH et al.,
Respondents.

*Rathborne* v. *Hatch*, 90 App. Div. 161, affirmed.
(Argued May 2, 1905; decided May 30, 1905.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered Feb-
ruary 15, 1904, affirming a a judgment in favor of defendants
entered upon a dismissal of the complaint by the court on
trial at Special Term.

*Charles N. Morgan* and *George E. Morgan* for appellant.

*Edward W. S. Johnston, Henry Tompkins* and *George
Tompkins* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT,
HAIGHT, VANN and WERNER, JJ.